IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>USPS Priority Mail Express Parcel EJ 162 126 202 US addressed to "Felecia EVenson c/o Glory Hole 247 South Franklen St Juneau, AK 99801" located at 6255 Alaway Ave. Jumneau, AK 99801 | Case No. 1:20-MJ-0003-MMS |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Postal Inspector Adam Savoie, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. In this warrant application, I seek authority to search USPS Priority Mail Express Parcel EJ 162 126 202 US addressed to "Felecia EVenson c/o Glory Hole 247 South Franklen St Juneau, AK 99801" from MIKE SCRAY 6797 Delrosa Ave San Bernardino CA 92404." (hereinafter referred to as "**the Subject Parcel**") for controlled substances in violation of Title 21 U.S.C. Sections 841(a)(1) and 843(b), and Title 18, United States Code, Section 1716.

2. I am a U.S. Postal Inspector employed by the Seattle Division of the U.S. Postal Inspection Service, specifically in the Juneau Domicile. I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the United States Postal Service and/or United States Mail. As part of my duties, I investigate incidents where

JAN 1 5 2020

the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances in violation of Title 21, United States Code, Sections 841(a) (1) Possession with Intent to Distribute a Controlled Substance, and Title 21, United States Code, Section 843(b), Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony, and Title 18, United States Code, Section 1716.

3. I am a U.S. Postal Inspector and have been so employed since April of 2019. I am currently going through Agent to Postal Inspector Training by the United States Postal Inspection Service (USPIS). I have received training and instruction on investigating federal crimes that use the U.S. Mail including but not limited to the sending of illegal drugs through the U.S. Mail, robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, identity theft, and counterfeit personal checks and identifications.

4. Prior to my employment with the USPIS, I was employed for ten years by the United States Marshal Service (USMS) as a Deputy United States Marshal (DUSM). While assigned to the USMS, I worked federal fugitive warrant cases, district threat investigations and court operations. Prior to being a DUSM, I was employed by Immigration and Customs Enforcement (ICE) as an Immigration Enforcement Agent (IEA). While

2   Affidavit in Support of Search Warrant   JAN 1 5 2020
1:20-MJ-0003-MMS
Case 1:20-mj-00003-MMS   Document 1-1   Filed 01/15/20   Page 2 of 9

assigned to ICE, I worked immigration cases and presented cases for removal hearings and deportations. Prior to ICE, I served with the Houston Police Department for approximately 11.5 years.

5. In January 2005, I received a bachelor's degree in Criminal Justice from the University of Houston Downtown in Houston, TX. The following information is based on my own knowledge, information obtained from other law enforcement agents and officers; including senior Postal Inspectors, and from specific sources as set forth herein. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND INFORMATION ABOUT SUBJECT PARCELS

6. Based on my experience, training and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mails to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances include, but are not limited to the following:

    a. I know from discussions with other law enforcement officers that California is known to be a state where narcotics and other non-mailable matter are mailed to Alaska.

JAN 1 5 2020

3   Affidavit in Support of Search Warrant
1:20-MJ-0003-MMS
Case 1:20-mj-00003-MMS   Document 1-1   Filed 01/15/20   Page 3 of 9

b. These parcels in many instances contain a fictitious return address, incomplete return address, no return address, the return address is same as the addressee address, or the return address does not match the place where the parcel was mailed from. These packages are also sometimes addressed to or from a commercial mail receiving agency (i.e., UPS Store). These address practices are used by narcotics traffickers to hide the true identity of the person(s) shipping and/or receiving the controlled substances from law enforcement officials.

c. It is a common practice for the shippers of the controlled substances to use Priority Mail and Priority Mail Express because the drugs arrive faster and within two to three days, but this may vary in Alaska due to geographical location and weather. This service is also commonly used so the parcel can be tracked.

d. Shippers of controlled substances will often utilize cash as payment instead of credit or debit cards. These payment practices are used by narcotics traffickers to hide their true identity and make it difficult for Law Enforcement to identify them.

e. I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, and MDMA.

JAN 1 5 2020

4     Affidavit in Support of Search Warrant
1:20-MJ-0003-MMS
Case 1:20-mj-00003-MMS   Document 1-1   Filed 01/15/20   Page 4 of 9

## FEDERAL STATUTES

7. Based on my investigation in this case, I submit that there is probable cause to search USPS Priority Mail Express Parcel EJ 162 126 202 US for evidence, fruits, and instrumentalities of violations of the following federal statutes:

    a. Title 21, United States Code, Section 841 generally prohibits the "knowing or intentional manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance[.]"

    b. Title 21, United States Code, Section 843(b) criminalizes the knowing or intentional use of any communication facility in committing or in causing to facilitate the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II of this chapter.

    c. Title 18, United States Code, Section 1716 prohibits the mailing of nonmailable matter, including, but not limited to, poison, and "all other natural or artificial articles, compositions, or materials which may kill or injure another, or injure the mails or other property, whether or not sealed as first class matter[.]"

JAN 1 5 2020

5    Affidavit in Support of Search Warrant
1:20-MJ-0003-MMS
Case 1:20-mj-00003-MMS   Document 1-1   Filed 01/15/20   Page 5 of 9

## STATEMENT OF PROBABLE CAUSE

8. On January 13, 2020, Inspector Kevin Horne completed postal data base checks and discovered **the Subject Parcel** as being suspicious. Inspector Horne contacted the Postmaster in Juneau, AK and advised her to hold the Subject Parcel once it arrives at the Post Office.

9. On January 13, 2020, Inspector Horne completed database checks on **the Subject Parcel** addressed to "Felecia EVenson c/o Glory Hole 247 South Franklen St Juneau, AK 99801" from "MIKE SCRAY 6797 Delrosa Ave San Bernardino, Ca 92404" **The Subject Parcel** is a white in color Priority Mail Express Parcel that weighs approximately 1 pound, 8 ounces. **The Subject Parcel** is affixed with a Priority Mail Express Postage label in the amount of $45.55 and was shipped from San Bernardino, California on January 13, 2020. A photograph of **the Subject Parcel** is included as **Exhibit 1**.

10. On January 15, 2020, Inspector Horne advised the Postmaster contacted him about **the Subject Parcel's** arrival at the Mendenhall Post Office in Juneau, AK. Inspector Horne observed a picture of **the Subject Parcel** and made arrangements for JPD (Juneau Police Department) K-9 Officer Mike Wise and his canine "Buddy" to examine **the Subject Parcel**.

11. **The Subject Parcel** contains indicators that in Inspector Horne's training and experience and discussion with other law enforcement

JAN 1 5 2020

6  Affidavit in Support of Search Warrant
1:20-MJ-0003-MMS
Case 1:20-mj-00003-MMS   Document 1-1   Filed 01/15/20   Page 6 of 9

officers experienced in drug investigations are consistent with packages known to contain contraband

   a. **The Subject Parcel** was sent from California, a state where narcotics and other non-mailable matter are known to be mailed to various parts of Alaska from.

   b. The return address on **the Subject Parcel** is listed as "MIKE SCRAY 6797 Delrosa Ave San Bernardino, Ca 92404" According to CLEAR, a search database under Thomson Reuters, there is no record of "MIKE SCRAY" at the return address, "6797 Delrosa Ave San Bernardino, Ca 92404."

   c. **The Subject Parcel** was mailed via Priority Mail Express, a service utilized by individuals involved in drug trafficking because the product arrives within 3 days and offers tracking services.

   d. The postage for **the Subject Parcel** was paid for with cash, a practice used by narcotics traffickers to hide their true identity and make it difficult for law enforcement to identify them.

12. On January 15, 2020, at approximately 1245 PM, Juneau Police Officer Mike Wise and his canine "Buddy" searched a room at the Juneau Police Department for **the Subject Parcel**. At approximately 1247 PM canine "Buddy" located **the Subject Parcel** and put his nose on the parcel bearing tracking number: EJ 162 126 202 US, at which K-9 "Buddy" indicated showing a changing in body posture, which is a characteristic in

JAN 1 5 2020

7    Affidavit in Support of Search Warrant
1:20-MJ-0003-MMS
Case 1:20-mj-00003-MMS   Document 1-1   Filed 01/15/20   Page 7 of 9

response to a trained odor. K-9 "Buddy" did not give a final response by sitting or lying down. Attached hereto as **Exhibit 2** and incorporated herein by reference is a true and correct copy of a written statement provided by Juneau Police Officer Mike Wise which sets forth "Buddy's" training and experience as a narcotics detector dog.

13. **The Subject Parcel** is currently in the custody of Juneau Police Department located at 6255 Alaway Avenue, Juneau, AK 99801, and is in its original sealed and intact condition.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

JAN 1 5 2020

8  Affidavit in Support of Search Warrant
1:20-MJ-0003-MMS
Case 1:20-mj-00003-MMS   Document 1-1   Filed 01/15/20   Page 8 of 9

## CONCLUSION

14. Based on my training and experience as a Postal Inspector and the aforementioned factors, I believe there is probable cause to believe that **the Subject Parcel**, USPS Priority Mail Express Parcel EJ 162 126 202 US contains controlled substances and/or other evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), and Title 18, United States Code, Section 1716.

_____
Adam Savoie
Postal Inspector, USPIS
Juneau Domicile

Subscribed and sworn to ~~before me~~ telephonically
this 15 day of January, 2020

_____
United States Magistrate Judge
District of Alaska
Anchorage, Alaska

JAN 1 5 2020

9   Affidavit in Support of Search Warrant
1:20-MJ-0003-MMS
Case 1:20-mj-00003-MMS   Document 1-1   Filed 01/15/20   Page 9 of 9